# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: bsil | Date Created: 8/16/2021 |
| Case: 21−21810−JAD | Form ID: pdf900 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Shawn N. Wright | shawn@shawnwrightlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | John J. Blazonczyk | 100 Williams Street | Springdale, PA 15144 | |
| jdb | Cathy J. Blazonczyk | 100 Williams Street | Springdale, PA 15144 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 15402627 | American Express | PO Box 981535 | El Paso, TX 79998−1535 | |
| 15402628 | Capital One | PO Box 85051 | Richmond, VA 23285−5075 | |
| 15402629 | Citicards | PO Box 6421 | Sioux Falls, SD 57117 | |
| 15402630 | Discover Student Loans | 30948 | Salt Lake City, UT 84130 | |
| 15402631 | First Commonwealth Bank | 601 Philadelphia Street | Indiana, PA 15701 | |
| 15402632 | First National Bank | 4140 East State Street | Hermitage, PA 16148 | |
| 15402633 | Freedom Financial | 4940 S. Wendler Drive, Suite 210 | Tempe, AZ 85282 | |
| 15402634 | Huntington National Bank | P.O. Box 89424 | Cleveland, OH 44101−8539 | |
| 15402635 | Mr. Cooper Mortgage | 350 Highland Drive | Lewisville, TX 75067 | |
| 15402636 | PNC Bank | 2730 Liberty Avenue | Pittsburgh, PA 15222 | |
| 15402637 | Syncb/Care Credit | PO Box 965005 | Orlando, FL 32896 | |
| 15402801 | Synchrony Bank | c/o of PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 15402638 | UPMC St. Margaret | PO Box 38259 | Pittsburgh, PA 15250−8059 | |

TOTAL: 16