Certificate Number: 03621-PAW-DE-035982087

Bankruptcy Case Number: 21-21810



03621-PAW-DE-035982087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2021, at 4:35 o'clock PM EDT, John J Blazonczyk completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 10, 2021

By: /s/Lashonda Collins

Name: Lashonda Collins

Title: Credit Counselor