IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 21-21810 |
| John J. Blazonczyk and | : | |
| Cathy J. Blazonczyk and | : | |
| Linda J. Noland,    Debtors | : | |
| | : | Related to Doc. #26 |
| John J. Blazonczyk and Cathy J. Blazonczyk, | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

### ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Debtors' Expedited Motion for Approval of Vehicle Loan filed on February 24, 2022. Based upon the foregoing, and for good cause shown, it is hereby ORDERED ADJUDGED and DECREED, that:

1. The Motion is GRANTED as provided by the terms of this Order. Debtors shall be authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $25,000; and

    (b) The monthly payments made under the financing agreement shall not exceed $500.00 per month.

2. To the extent that the Debtors secure financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan. Within 30 days of securing such financing, Debtors shall file:

    (a) An amended Chapter 13 plan; and

    (b) A report of financing (including details of automobile trade-in or sale, if applicable);

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments

due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Upon filing of the report of financing (INCLUDING DETAILS OF AUTOMOBILE TRADE IN OR SALE, IF APPLICABLE), and pending confirmation of any amended plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the Postpetition Automobile Lender for the contract amount so long as sufficient supplemental funds are provided by the Debtor. Additionally, the Trustee is authorized to stop payments to Huntington Bank on the Chevrolet Trax, as that vehicle loan is in the process of being satisfied by the Debtors' vehicle insurance.

5. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the Postpetition Automobile Lender.

6. Debtor shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and shall proof of the same with the Court.

sjk

_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

CONSENTED TO:

/s/Katherine M. DeSimone
Katherine M. DeSimone, Esquire; PA#42575
Office of the Chapter 13 Trustee
3250 U.S. Steel Tower
Pittsburgh, PA 15219
kdesimone@chapter13trusteewdpa.com

FILED
2/25/22 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtors; PA#64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com

Case 21-21810-JAD    Doc 28    Filed 02/27/22    Entered 02/28/22 00:24:10    Desc Imaged
Certificate of Notice    Page 3 of 5

<u>Case Administrator to Mail to:</u>
Debtor(s)
Counsel for Debtor
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21810-JAD |
| John J. Blazonczyk | Chapter 13 |
| Cathy J. Blazonczyk | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Blazonczyk, Cathy J. Blazonczyk, 100 Williams Street, Springdale, PA 15144-1032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022              Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

**Name**                            **Email Address**

Brian Nicholas
                                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Gary W. Darr
                                    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

Shawn N. Wright
                                    on behalf of Debtor John J. Blazonczyk shawn@shawnwrightlaw.com
                                    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Shawn N. Wright
                          on behalf of Joint Debtor Cathy J. Blazonczyk shawn@shawnwrightlaw.com
                          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 6