**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOHN J. BLAZONCZYK<br>CATHY J. BLAZONCZYK<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>HUNTINGTON NATIONAL BANK(*)<br><br>　　　　　Respondents | Case No. 21-21810JAD<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　Vehcile Totaled

| | |
|---|---|
| HUNTINGTON NATIONAL BANK(*)<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Court claim# 1/Trustee CID# 5 |

The Movant further certifies that on 02/28/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JOHN J. BLAZONCZYK, CATHY J. BLAZONCZYK, 100 WILLIAMS STREET, SPRINGDALE, PA  15144 | SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR: | : |
| HUNTINGTON NATIONAL BANK(*), 5555 CLEVELAND AVE - GW1N10, COLUMBUS, OH  43231 | HUNTINGTON NATIONAL BANK**, ATTN BANKRUPTCY NOTICES, PO BOX 89424, CLEVELAND, OH  44101 |
| NEW CREDITOR: | |