**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  JOHN J. BLAZONCZYK<br>  CATHY J. BLAZONCZYK<br>           Debtor(s)<br><br>  Ronda J. Winnecour<br>           Movant<br>         vs.<br>  No Respondents. | Case No.:21-21810 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/13/2021 and confirmed on 09/14/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 54,331.00 |
| Less Refunds to Debtor | | 16.77 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 54,314.23 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,953.40 | | |
|   Trustee Fee | | 2,029.23 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 5,982.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 6,309.05 | 0.00 | 6,309.05 |
|     Acct: 0501 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 19,025.81 | 0.00 | 19,025.81 |
|     Acct: 3387 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 2,619.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 3387 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 18,653.47 | 10,652.03 | 1,698.36 | 12,350.39 |
|     Acct: 7084 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 2,438.50 | 2,438.50 | 313.77 | 2,752.27 |
|     Acct: 6181 | | | | |
| | | | | 40,437.52 |
| Priority | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN J. BLAZONCZYK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN J. BLAZONCZYK | 16.77 | 16.77 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,000.00 | 3,953.40 | 0.00 | 0.00 |
| Acct: | | | | |
| CLEARVIEW FCU** | 0.00 | 7,894.08 | 0.00 | 7,894.08 |
| Acct: | | | | |
| | | | | 7,894.08 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 5,086.50 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 1,557.51 | 0.00 | 0.00 | 0.00 |
| Acct: 5532 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 6,581.78 | 0.00 | 0.00 | 0.00 |
| Acct: 8209 | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER STUDENT LOANS | 3,706.72 | 0.00 | 0.00 | 0.00 |
| Acct: 0124 | | | | |
| DISCOVER STUDENT LOANS | 3,016.76 | 0.00 | 0.00 | 0.00 |
| Acct: 0117 | | | | |
| DISCOVER STUDENT LOANS | 3,909.58 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| FREEDOM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 11,061.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4931 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 475.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1091 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 146.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC | 1,329.76 | 0.00 | 0.00 | 0.00 |
| Acct: 8421 | | | | |
| UPMC PHYSICIAN SERVICES | 807.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1091 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8421 | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                      48,331.60

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 23,711.95 |
| UNSECURED | 37.679.31 |

Date: 11/02/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com